# AMERICAN RAILROAD COMPANY OF PORTO RICO *v.* DE CASTRO.[1]

## ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF PORTO RICO.

No. 467. Argued January 14, 1907.—Decided February 25, 1907.

Decided on the authority of *American Railroad Company* v. *Castro*, 204 U. S. 453.

THE facts are stated in the opinion.

*Mr. Frederick McKenney*, with whom *Mr. Francis H. Dexter* and *Mr. John Spalding Flannery* were on the brief, for plaintiff in error.

*Mr. Frederic L. Cornwell* for defendant in error submitted.

MR. JUSTICE WHITE delivered the opinion of the court.

This case is similar in character to that of *American Railroad Co.* v. *Julio P. Castro*, No. 151, this (1906) term, just decided (204 U. S. 453), having been brought to recover for damages resulting from injuries sustained by the wife in the same accident which occasioned the death of the daughter Eloisa. The right of this court in the case at bar to review a judgment for the plaintiffs below, entered upon the verdict of a jury, is based upon an objection to the jurisdiction of the trial court similar to that which was made in No. 151. For the reasons stated in the opinion in that case the writ of error in this case must also be

*Dismissed.*

---

[1] This case should have been reported immediately after *American Railroad Co.* v. *Castro*, 204 U. S. 453, but was inadvertently omitted.